UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MICHAEL S. GOLDBERG, LLC | ) |
|   MICHAEL S. GOLDBERG | ) Case No.  09-23370 (ASD) |
|                 Debtors, | )               09-23371 (ASD) |
| | ) Jointly Administered Under |
| | ) Case No.  09-23370 |
| | |
| JAMES BERMAN, CHAPTER 7 TRUSTEE | ) |
| FOR THE ESTATES OF | ) |
| MICHAEL S. GOLDBERG, LLC, and | ) December 7, 2010 |
| MICHAEL S. GOLDBERG | ) |
| | ) |
|                 Plaintiff, | ) |
| | ) Adv. Pro. No. 10-02191 |
|           v. | ) |
| ANGELO SCALISE | ) |
| MICHAEL S. GOLDBERG AND | ) |
| MICHAEL S. GOLDBERG, LLC | ) |
| | ) |
|                 Defendants, | ) |

**ANSWER TO COMPLAINT BY THE DEFENDANT ANGELO SCALISE**
**FACTUAL BACKGROUND AS TO ALL DEFENDANTS AND ALL COUNTS**

    1-20.  As to paragraphs 1-20, the defendant, **Angelo Scalise**, has insufficient information in which to form a belief and leaves the plaintiff to his proof.

**Jurisdiction, Venue and Nature of this Proceeding**

21-24. Paragraphs 21-24 admitted.

25. Paragraph 25 is denied insofar as it alleges that the defendant, Angelo Scalise, engaged in intentional and/or constructive fraudulent transfer of the debtors' property for his benefit.

26-28. Paragraphs 26 through 28 are admitted.

**Parties**

29. Paragraph 29 is admitted.

30-31. As to paragraphs 30 through 31, the defendant has insufficient information in which to form a belief and leaves the plaintiff to his proof.

32. Paragraph 32 is admitted.

33. Paragraph 33 is denied.

34. Paragraph 34 is admitted insofar as it alleges the defendant received $48,500.00 from the debtors or related entities.

### First Claim for Relief

35. The answers to Paragraphs 1 through 34 of the Complaint as set forth above are hereby incorporated herein as the answers to paragraph 35.

36. Paragraph 36 is admitted insofar as the defendant received funds from the debtors or related entities, in the amounts alleged and on or about the dates alleged, but denies they were Preferential Transfers.

37-42. Paragraphs 37 through 42 are denied.

### Second Claim for Relief

43. The answers to paragraphs 1 through 42 of the Complaint as set forth above are incorporated herein as the answers to paragraphs 43 of the Second Claim for Relief.

44. Paragraph 44 in admitted insofar as it alleges to debtors, or related entities, or made payments to the defendant in the amount set forth in the complaint on or about the dates set forth in the complaint.

45-47. Paragraphs 45, 46 and 47 are denied.

### Third Claim for Relief

48. The answers to Paragraphs 1 through 47 of the Complaint as set forth above are hereby incorporated herein as the answer to paragraph 48 of the Third Claim for Relief.

49. Paragraph 49 is admitted insofar as it alleges the defendant received the funds on the dates and in the amounts set forth in the Complaint.

50. Paragraph 50 is denied.

51-55. Paragraphs 51-55 are denied.

### Fourth Claim for Relief

56. The answers to paragraphs 1 through 55 of the Complaint are hereby incorporated herein as the answer to paragraph 1 through 56 of the Fourth Claim for Relief.

57. Paragraph 57 is admitted insofar the defendant received funds from the debtor, or entities related to the debtor, in the amounts and on the dates alleged.

58-62. Paragraphs 58 through 62 is denied.

### Fifth Claim for Relief

63. The answers to paragraphs 1-54 of the complaint are hereby incorporated herein as the answer to paragraph 63 of the fifth count.

64-68. Paragraphs 64 through 68 are denied.

### (Sixth) Fifth Claim for Relief

69. The answers to paragraphs 1 through 68 of the complaint are hereby incorporated herein as the answer to paragraphs 69 of the Fifth (Sixth) Claim for Relief.

70-71. Paragraphs 70 and 71 are denied.

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state with particularity the circumstances constituting fraud, as required by F.R.C.P. Rule 9(b).

                        DEFENDANT,
                        ANGELO SCALISE

By /s/ Michael P. Barry
Michael P. Barry, Federal Bar No. ct
Barry, Harvey & Later, P.C.
1177 Silas Deane Highway
Wethersfield, CT 06109
(860) 529-7777
(860) 257-7215 (fax)
His Attorneys

### CERTIFICATION OF SERVICE

On December 7, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael P. Barry
Michael P. Barry